CRAIG FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

JAMES M. SMITH, ESQ. (IL Bar No: 6285183)
*Pro hac vice to be submitted*
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
Fax: 312.319.4084
JSmith@dohertysmith.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ARTURO RAMIREZ, | ) |
| | ) |
| Plaintiff, | ) Case No: 2:25-cv-1460-JCM-NJK |
| | ) |
| v. | ) |
| | ) **PLAINTIFF'S MOTION TO EXTEND** |
| EXPERIAN INFORMATION SOLUTIONS, | ) **TIME TO FILE VERIFIED PETITION** |
| INC., EQUIFAX INFORMATION SERVICES, | ) **AND DESIGNATION OF LOCAL** |
| LLC, and TRANS UNION LLC., | ) **COUNSEL** |
| | ) **(First Request)** |
| Defendants. | ) |

Arturo Ramirez ("Plaintiff") by and through his counsel, moves this Court for an extension of time to file attorney James M. Smith's Verified Petition and Designation of Local Counsel pursuant to LR IA 11-2 on or before September 19, 2025. In support thereof, Plaintiff states as follows:

1. On August 7, 2025, Plaintiff filed his Verified Complaint stating attorney James M. Smith would be submitting his Verified Petition and Designation of Local Counsel in this matter. [ECF 1].

- 1 -
PLAINTIFF'S MOTION TO EXTEND TIME TO FILE VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL

2. On August 8, 2025, this court entered an Order ordering attorney James M. Smith to file his Verified Petition and Designation of Local Counsel on or before August 22, 2025. [ECF 3].

3. Pursuant to LR IA 11-2(b)(3), the Verified Petition and Designation of Local Counsel must include an attached certificate of good standing for the attorney seeking admission in a particular case. Attorney James M. Smith has ordered certificates of good standing from the Illinois Supreme Court and the United States Northern District of Illinois; however, he is still waiting to receive the certificates through postal mail.

4. Consequently, Plaintiff is requesting an additional 28 days to file attorney James M. Smith's Verified Petition and Designation of Local Counsel, on or before September 19, 2025.

5. This is the first request for an extension of time to file James M. Smith's Verified Petition and Designation of Local Counsel.

WHEREFORE, based on the foregoing, Plaintiff Arturo Ramirez respectfully requests that this Honorable Court grant Plaintiff and his counsel an extension of 28 days, through and including September 19, 2025, for James M. Smith to file his Verified Petition and Designation of Local Counsel for admission *pro hac vice*.

Dated: August 21, 2025

Respectfully submitted,

Law Offices of Craig Friedberg, Esq.

By: /s/ *Craig Friedberg*
Craig Friedberg, Esq.

James M. Smith (*pro hac vice* to be submitted)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
JSmith@dohertysmith.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: August 25, 2025

- 2 -
PLAINTIFF'S MOTION TO EXTEND TIME TO FILE VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL