GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:    (702) 862-8300
Facsimile:    (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ARTURO RAMIREZ, | Case No. 2:25-cv-01460-JCM-NJK |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC, | |
| | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from September 2, 2025, through

/ /

and including October 2, 2025.  The request was made by Equifax, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 29th day of August, 2025.

CLARK HILL PLLC

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:    (702) 862-8300
Facsimile:     (702) 862-8400

*Attorney for Defendant Equifax Information Services LLC*

DOHERTY SMITH, LLC

/s/ James M. Smith
James M. Smith, Esq.
DOHERTY SMITH, LLC
7000 W. 127th St.
Palos Heights, IL 60463
Telephone: 312-319-2879
Email: Jsmith@dohertysmith.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

**NO FURTHER EXTENSIONS OF THIS DEADLINE WILL BE GRANTED.**

_____
United States Magistrate Judge

DATED:  August 29, 2025

- 2 -