Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO RAMIREZ, | Case No. 2:25-cv-01460-JCM-NJK |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | |
| Defendants. | Complaint filed: August 7, 2025 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Arturo Ramirez ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation pursuant to LR IA 6-1 to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1).

Plaintiff filed his Complaint on August 7, 2025. (ECF No. 1.). The parties respectfully request an extension through October 2, 2025, to file Experian's responsive pleading. This first extension will allow Experian an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until October 2, 2025, to file its responsive pleading. This is Experian's first request for an extension of time to respond to the

Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

Dated this 11th of September, 2025.

| | |
|---|---|
| NAYLOR & BRASTER | LAW OFFICES OF CRAIG FRIEDBERG, ESQ. |
| By: /s/ Jennifer L. Braster<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>10100 W Charleston Blvd, Suite 120<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: /s/ James M. Smith<br>Craig Friedberg<br>Nevada Bar No. 4606<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 89121<br><br>James M. Smith (*pro hac vice to be submitted*)<br>Doherty Smith, LLC<br>7000 W. 127th Street<br>Palos Heights, IL 60463<br><br>*Attorney for Plaintiff*<br>*Arturo Ramirez* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

Dated September 12, 2025

_____
UNITED STATES MAGISTRATE JUDGE