CRAIG FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

JAMES M. SMITH, ESQ.
*Admitted Pro Hac Vice*
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
Fax: 312.319.4084
JSmith@dohertysmith.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **ARTURO RAMIREZ** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **EXPERIAN INFORMATION SOLUTIONS,** ) <br> **INC., TRANS UNION LLC and EQUIFAX** ) <br> **INFORMATION SERVICES LLC,** ) <br> ) <br> Defendants. ) | Civil Action No.: 2:25-cv-1460 <br><br> **STIPULATION OF DISMISSAL** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(ii), Arturo Ramirez ("Plaintiff"), and Defendant Trans Union, LLC, ("Trans Union") (collectively, the "Parties") by and through undersigned counsel, have reached a settlement in the instant case. The Parties hereby stipulate to the dismissal of all claims in this action, with prejudice against Defendant

Trans Union. All claims between the Parties shall be dismissed with prejudice with each party to pay their own attorneys' fees and costs.

This matter continues as to the remaining Defendants.

Dated: October 2, 2025    Respectfully submitted,

/s/*James M. Smith* (admitted pro hac vice)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
JSmith@dohertysmith.com

Craig Friedberg, Esq.
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

*Attorneys for Plaintiff*

/s/ Kurt R. Bonds, Esq. (with consent)
Kurt R. Bonds, Esq. (Nevada Bar No. 6228)
HALL & EVANS, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022
bondsk@hallevans.com

*Attorneys for Defendant Trans Union LLC*

**IT IS SO ORDERED:**

[signature]

UNITED STATES DISTRICT JUDGE

DATED: Oct 3, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

By: /s/ *James M. Smith*