CRAIG FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

JAMES M. SMITH, ESQ.
*Admitted Pro Hac Vice*
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
JSmith@dohertysmith.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO RAMIREZ, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC, <br><br>　　　　　Defendants. | Civil Action No.: 2:25-cv-1460 <br><br> **STIPULATION TO EXTEND TIME TO FILE RULE 41(a) DISMISSAL** |

### STIPULATION TO EXTEND TIME TO FILE RULE 41(a) DISMISSAL

Plaintiff Arturo Ramirez ("Plaintiff") and Defendant Equifax Information Services LLC, ("Defendant" or "Equifax") (collectively the "Parties") stipulate to an extension of time to file a dismissal as to Defendant Equifax pursuant to Fed. R. Civ. P. 41(a) on or before February 9, 2026.

On November 12, 2025, Plaintiff filed a Notice of Settlement asserting the Parties anticipated filing a dismissal pursuant to Fed. R. Civ. P. 41(a) as to Defendant Equifax within 45 days. [ECF 26].

Since then, the Parties have been working diligently to finalize the settlement documents. It has taken longer than the Parties anticipated to come to an agreement. However, substantial progress has been made. Consequently, the Parties are requesting an additional 45 days to file a stipulation of dismissal.

The Parties have conferred and agree to extend the time to file a dismissal pursuant to Fed. R. Civ. P. 41(a) up to and including February 9, 2026.

Dated: December 18, 2025                     Respectfully submitted,

/s/*James M. Smith* (*admitted pro hac vice*)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
JSmith@dohertysmith.com

Craig Friedberg, Esq.
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net
*Attorneys for Plaintiff*

/s/ *Gia N. Marina*
GIA N. MARINA
1700 Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 29, 2025

STIPULATION TO EXTEND TIME TO FILE RULE 41(a) DISMISSAL

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

By: /s/ *James M. Smith*