CRAIG FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

JAMES M. SMITH, ESQ.
*Admitted Pro Hac Vice*
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
Fax: 312.319.4084
JSmith@dohertysmith.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **ARTURO RAMIREZ** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No.: 2:25-cv-1460 |
| **v.** ) | |
| ) | |
| **EXPERIAN INFORMATION SOLUTIONS,** ) | **STIPULATION OF DISMISSAL** |
| **INC. and EQUIFAX INFORMATION** ) | |
| **SERVICES LLC,** ) | |
| ) | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(ii), Arturo Ramirez ("Plaintiff"), and Defendant Experian Information Solutions, Inc., (collectively, the "Parties") by and through undersigned counsel, have reached a settlement in the instant case. The Parties hereby stipulate to the dismissal of all claims in this action, with prejudice against Defendant

Experian Information Solutions, Inc. All claims between the Parties shall be dismissed with prejudice with each party to pay their own attorneys' fees and costs.

This matter continues as to the remaining Defendant, Equifax Information Services, LLC.

Dated: December 19, 2025                                Respectfully submitted,

/s/*James M. Smith* (*admitted pro hac vice*)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
JSmith@dohertysmith.com

Craig Friedberg, Esq.
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

*Attorneys for Plaintiff*

/s/*Jennifer L. Braster (with con*sent)
Jennifer L. Braster
Nevada Bar No. 9982
Naylor & Braster
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
Telephone: (708) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant Experian Information Solutions*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 29, 2025

STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

By: */s/ James M. Smith*