CRAIG FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

JAMES M. SMITH, ESQ.
*Admitted Pro Hac Vice*
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
Fax: 312.319.4084
JSmith@dohertysmith.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **ARTURO RAMIREZ** ) | |
| ) | Civil Action No.: 2:25-cv-01460 |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **STIPULATION OF DISMISSAL** |
| **EQUIFAX INFORMATION SERVICES LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(ii), Arturo Ramirez ("Plaintiff"), and Defendant Equifax Information Services LLC, (collectively, the "Parties") by and through undersigned counsel, have reached a settlement in the instant case. The Parties hereby stipulate to the dismissal of all claims in this action, with prejudice against Defendant

- 1 -
STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Equifax Information Services LLC. All claims between the Parties shall be dismissed with prejudice with each party to pay their own attorneys' fees and costs.

This matter has been resolved as to all Parties and Plaintiff requests dismissal of this action in its entirety.

Dated: January 20, 2026                              Respectfully submitted,

/s/*James M. Smith* (*admitted pro hac vice*)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
JSmith@dohertysmith.com

Craig Friedberg, Esq.
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

*Attorneys for Plaintiff*

/s/*Gia N. Marina (with con*sent)
GIA N. MARINA
Nevada Bar No. 15276
CLARK HILL PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone: (702) 862-8300
gmarina@clarkhill.com
*Attorney for Equifax Information Services LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 13, 2026
_____

- 2 -
STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

By: */s/ James M. Smith*

STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC